IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>          Plaintiff,                 )<br>                                     )          4:06CR3173<br>     v.                              )<br>                                     )<br>ADRIAN CORIA-HERRERA,                )<br>                                     )              ORDER<br>          Defendant.                 )<br>                                     ) | |

The pretrial motion deadline has been extended to February 20, 2007. Filing 15.

IT IS THEREFORE ORDERED that trial of this matter is continued until further, pending ruling on any motions that may be filed.

DATED this 2nd day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge