```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )
                               )        4:06CR3173
       v.                      )
                               )
ADRIAN CORIA-HERRERA,          )
                               )          ORDER
             Defendant.        )
                               )
```

On February 2, 2007, the deadline for defendant to file pretrial motions was extended to February 20, 2007.  Filing 16.  No such motions have been filed.

IT THEREFORE HEREBY IS ORDERED,

This matter is placed back on the trial docket and trial is set for 9:00 a.m., March 19, 2007 for a duration of two trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 22nd day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge