IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3173 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ADRIAN CORIA-HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held today. Defense counsel is expected to be in trial until March 15, 2007. On the oral motion of the defense counsel, and over the objection by the government,

IT IS ORDERED that:

(1) Trial of this case as to Defendant Coria-Herrera is continued until further order of the court.

(2) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

(3) This matter is referred to Magistrate Judge Piester to reschedule the trial.

March 12, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge