```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )           4:06CR3173
        v.                     )
                               )
ADRIAN CORIA-HERRERA,          )
                               )              ORDER
               Defendant.      )
                               )
```

In accordance with the order of Hon. Richard G. Kopf dated March 12, 2007,

IT IS ORDERED:

1. Trial of this matter is rescheduled to 9:00 a.m., April 30, 2007 for a duration of two trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The time between March 16, 2007 and April 30, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge